JS-6

N. Russak (State Bar No. 107283)
 krussak@frandzel.com
Michael J. Gomez (State Bar No. 251571)
 mgomez@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Preferred Bank

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>VINTAGE AT THE MESA, INC., a California corporation,<br><br>Debtor.<br><br>Tax I.D. No. 68-0602506 | D.C. Case No. SA CV09-01481-JVS<br>[Bankruptcy Appeal]<br><br>Case No. 8:09-bk-15845-TA<br><br>Chapter 11 |
| PREFERRED BANK,<br>        Appellant,<br>v.<br>VINTAGE AT THE MESA, INC.,<br>        Appellee. | **ORDER DISMISSING APPEAL** |

690810.1 | 050625-0105

4.

AT LOS ANGELES, CALIFORNIA, IN THIS DISTRICT, ON THIS 31st DAY OF MARCH, 2010.

Having reviewed the "Stipulation to Dismiss Appeal" ("Stipulation") filed by Secured creditor Preferred Bank ("Bank") and debtor and debtor in possession, Vintage at the Mesa, Inc. ("Debtor") and finding that the Stipulation establishes good cause for the following order:

THIS COURT HEREBY ORDERS:

1. The within appeal is hereby dismissed; and
2. Costs on this appeal are not taxed to either party.

_____
UNITED STATES DISTRICT JUDGE

690810.1 | 050625-0105